IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

vs.                                                                                   CASE NO. 1:09CR9-SPM/AK

**WILLIAM DIAZ,**

   Defendant.
_____/

## ORDER

This cause is before the Court on the motion of the public defender to withdraw, Doc. 15, and Diaz's motion for continuance of initial appearance and arraignment on the Indictment.  Doc. 21.  As to the motion to withdraw, it is well taken, and it is **GRANTED**, Diaz having retained counsel, who has entered his appearance.  William Rourk Clark is therefore relieved from further representation in this case.

The motion for continuance is also **GRANTED**, the Government having orally advised the Court that it has no objection.  Thus, the initial appearance and arraignment presently set for March 16, 2009, is hereby **CONTINUED** until **March 31, 2009, 12:00 p.m., Federal Courthouse, 401 S.E. 1st Avenue, Gainesville, Florida.**

**DONE AND ORDERED** this  *13th* day of March, 2009.

                                         *s/ A. KORNBLUM*
                                         **ALLAN KORNBLUM**
                                         **UNITED STATES MAGISTRATE JUDGE**